IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JAJ Ventures, Inc., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER DENYING** |
| | ) | **MOTION FOR MORE** |
| vs. | ) | **DEFINITE STATEMENT AND** |
| | ) | **TO STRIKE** |
| Raymond Arjmand, et. al., | ) | |
| | ) | Case No.  1:09-cv-037 |
| Defendants. | ) | |

_____

After careful review of the motion for more definite statement and motion strike by the defendants dated January 28, 2010, the motion (Doc. No. 33) is **DENIED** on the grounds that the amended complaint is sufficient and there is not a need to strike the material requested to be struck. The concerns raised in the motion are better addressed through discovery and subsequent motion practice.  No fees or costs are imposed.

**IT IS SO ORDERED**

Dated this 26th day of February 2010.

                                                                */s/  Charles S.  Miller, Jr.*
                                                                Charles S.  Miller, Jr.
                                                                United States Magistrate Judge