**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| JAJ Ventures, A North Dakota Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:09-cv-037 |
| Raymond Arjmand and Gateway Fashion Mall, LLC, | ) ) ) | |
| Defendants. | ) ) | |
| Gateway Fashion Mall, LLC, | ) ) | |
| Third-Party Plaintiff, vs. | ) ) ) | |
| Matt Hill, individually and d/b/a Gelato d'Italia by Prairie Peddler, | ) ) ) | **ORDER** |
| Third-Party Defendant. | ) ) | |
| Gateway Fashion Mall, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:09-cv-057 |
| Jay Fettig et. al., | ) ) | |
| Defendants. | ) | |

The court convened a scheduling conference in Case No. 1:09-cv-037 on June 4, 2010. Pursuant to the court's discussions with the parties, the court **ORDERS** as follows:

1.    The parties are to submit to the court by June 15, 2010, a revised scheduling and

       discovery plan in Case No. 1:09-cv-037.

2. The parties are to advise the court of their position regarding the consolidation of the above-entitled actions or, in the alternative, the dismissal of Case No. 1:09-cv-057.

3. The parties are to advise the court whether or not they voluntarily waive their right to proceed before a district judge and consent to have a magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

Dated this 8th day of June, 2010.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge