**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| JAJ Ventures, Inc., a North Dakota corporation, Gelato d'Italia, LLC, a North Dakota limited liability company, JH Card & Gift Shop, LLC, a North Dakota limited liability company, Insyndio, LLP, a North Dakota limited liability partnership, Jason Fettig, and Joe Vadnais, | ) ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Raymond Arjmand and Gateway Fashion Mall, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendants, | ) ) | Case No. 1:09-cv-037 |
| and | ) ) | |
| Gateway Fashion Mall, LLC, | ) ) | |
| Third-party Plaintiff, | ) ) | |
| v. | ) ) | |
| Matt Hill, individually and d/b/a Gelato d'Italia by Prairie Peddler, | ) ) ) | |
| Third-Party Defendant. | ) | |

On November 4, 2010, defendants filed a Motion to Compel Discovery. On November 29, 2010, the court held a telephonic status conference to discuss defendants' motion. At the close of the conference, defendants advised the court that they were withdrawing their motion. Accordingly, the court deems the defendants' motion (Docket No. 56) **MOOT**.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2010.

                                                                                             /s/ Charles S. Miller, Jr.
                                                                                             Charles S. Miller, Jr.
                                                                                             United States Magistrate Judge