**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| JAJ Ventures, Inc., a North Dakota Corporation, Gelato d' Italia, LLC, a North Dakota limited liability company, JH Card & Gift Shop, LLC, a North Dakota limited liability company, Insyndio, LLP, a North Dakota limited liability partnership, Jason Fettig, and Joseph Vadais,<br><br>   Plaintiffs,<br><br> vs.<br><br>Raymond Arjmand and Gateway Fashion Mall, LLC, a Delaware limited liability company,<br><br>   Defendants.<br>_____<br>Gateway Fashion Mall, LLC,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>Matt Hill, individually and d/b/a Gelato d'Italia by Prairie Peddler,<br><br>   Third-Party Defendant. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:09-cv-037 |

On January 19, 2012, Third-Party Plaintiff, Gateway Fashion Mall, LLC ("Gateway Fashion Mall"), and Third-Party Defendant, Matt Hill ("Hill"), individually and d/b/a Gelato d'Italia by Prairie Peddler, filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the stipulation (Docket No. 65). Gateway Fashion Mall's claims against Hill are **DISMISSED** with prejudice and

1

on the merits and without costs or disbursements to either party.

**IT IS SO ORDERED.**

Dated this 20th day of January, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
