IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JAJ Ventures, Inc., a North Dakota Corporation, Gelato d' Italia, LLC, a North Dakota limited liability company, JH Card & Gift Shop, LLC, a North Dakota limited liability company, Insyndio, LLP, a North Dakota limited liability partnership, Jason Fettig, and Joseph Vadais, | ) ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Raymond Arjmand and Gateway Fashion Mall, LLC, a Delaware limited liability company, | ) ) ) ) | Case No. 1:09-cv-037 |
| Defendants. | ) ) | |
| Gateway Fashion Mall, LLC, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| Matt Hill, individually and d/b/a Gelato d'Italia by Prairie Peddler, | ) ) ) ) | |
| Third-Party Defendant. | ) | |

On January 19, 2012, Third-Party Plaintiff, Gateway Fashion Mall, LLC ("Gateway Fashion Mall"), and Third-Party Defendant, Matt Hill ("Hill"), individually and d/b/a Gelato d'Italia by Prairie Peddler, filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the stipulation (Docket No. 65). Gateway Fashion Mall's claims against Hill are **DISMISSED** with prejudice and

1

on the merits and without costs or disbursements to either party.

**IT IS SO ORDERED.**

Dated this 20th day of January, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
