**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| JAJ Ventures, Inc., a North Dakota corporation, Gelato d'Italia, LLC, a North Dakota limited liability company, JH Card & Gift Shop, LLC, a North Dakota limited liability company, Insyndio, LLP, a North Dakota limited liability partnership, Jason Fettig, and Joe Vadnais,<br><br>        Plaintiffs,<br><br>  vs.<br><br>Raymond Arjmand and Gateway Fashion Mall, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>  and<br><br>Gateway Fashion Mall, LLC,<br><br>        Third-Party Plaintiff,<br><br>  vs.<br><br>Matt Hill, individually and d/b/a Gelato d'Italia by Prairie Peddler,<br><br>        Third-Party Defendant. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br>Case No. 1:09-cv-037 |

On February 22, 2011, defendants filed a motion requesting that the court suspend all pretrial deadlines and continue trial. The basis for their motion was that Plaintiffs Jason Fettig and Jospeh Vadnais had filed for Chapter 7 bankruptcy in December 2010 and that the automatic stay imposed by the bankruptcy court had hindered the parties ability engage in meaningful discovery. There being no objection from plaintiffs, the court granted the motion and cancelled both the final pretrial conference and trial in an order dated February 23, 2011. Other than dismissal of third-party

1

plaintiff's claim against third-party defendants, there has since been little activity in this case.

Plaintiffs are directed to submit a report by January 9, 2015, updating the court on the status of the Fettig and Vadnais bankruptcies and otherwise advising the court whether they are still intent on proceeding with their claims against defendants.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2014.

/s/ Charles S. Miller, Jr.

Charles S. Miller, Jr., Magistrate Judge
United States District Court